# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

PATRICK ROTH )
)
)
)
vs.                              Plaintiff(s) )     Case No. 19-cv-00903
)
SERGEANT JOHN DOE (BADGE #1129), et al. )
)
)
)
Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE  in support of which I represent that the answers to the following questions are complete, true and correct:

1.   Full name: Solomon M. Radner

2.   State bar membership number: Michigan: P73653  New Jersey: 283502018

3.   Business address, telephone and fax numbers:

Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
Telephone: (866) 939-2656  Fax: (248) 436-6858

4.   List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

Sixth Circuit Court of Appeals, State of Michigan, State of New Jersey, Eastern District of Michigan, Western District of Michigan, District of New Jersey, District of Maryland, Northern District of Ohio, Western District of Texas, and Southern District of Texas

5.   Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6.   Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.   Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this   1st   day of October, 2019                           .

/s/ Solomon M. Radner
005/rvsd 06-04                              Signature of Applicant