

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Solomon Mordechai Radner, P73653 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 4, 2010 in Oakland County and became a member of the State Bar of Michigan on May 6, 2010.

Janet K. Welch, Executive Director
September 5, 2019

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **SOLOMON M RADNER** (No. **283502018**) *was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 2018** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **14TH** *day of* **August**, 20 **19**.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## Solomon M. Radner

was duly admitted to practice in this Court on 12/06/2010,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 08/01/2019.

**David J. Weaver**
Clerk



Deputy Clerk

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Solomon Mordechai Radner*

was admitted to the practice of law in the courts of the State of Michigan on

*May 4, 2010*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 4, 2019.

Clerk