## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PATRICK ROTH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. CIV-19-903-G** |
| | ) |
| **SERGEANT JOHN DOE** | ) |
| **(BADGE #1129) et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

### ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 3) filed on October 1, 2019, in support of the Request for Admission Pro Hac Vice signed by attorney Solomon Radner, and hereby PERMITS Mr. Radner to appear as counsel of record in this matter for Plaintiff Patrick Roth, subject to the following conditions:

> Mr. Radner shall register to file documents electronically in this district, *see* LCvR 83.2(g), on or before October 16, 2019, and shall file an entry of appearance, *see id.* R. 83.4, by that same date on the form prescribed by the Clerk of the Court.

Mr. Radner is ADVISED that failure to comply with the Court's Order by October 16, 2019, will result in vacatur of this Order and denial of both the Motion for Admission Pro Hac Vice filed on his behalf and the Request for Admission Pro Hac Vice.[1]

IT IS SO ORDERED this 2nd day of October, 2019.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee of $50.00 has been paid. *See* LCvR 83.2(g).