UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

PATRICK ROTH,

   *Plaintiff,*

v.

SERGEANT JOHN DOE (BADGE #1129), JANE DOE, and OKLAHOMA CITY, a political subdivision of the State of Oklahoma,

   *Defendants,*

_____/

Case No. 5:19-cv-00903-G

Hon. Charles B. Goodwin

## [PROPOSED] ORDER PERMITTING PLAINTIFF TO SERVE A SUBPOENA PRIOR TO THE COMMENCEMENT OF DISCOVERY

This matter having come before the Court on Plaintiff's Emergency Motion to Allow Plaintiff to Serve a Subpoena Prior to the Commencement of Discovery, and the Court being fully advised in the premises;

**IT IS SO ORDERED** that Plaintiff's Emergency Motion to Allow Plaintiff to Serve a Subpoena Prior to the Commencement of Discovery is hereby GRANTED. Plaintiff may file a subpoena directed to Oklahoma City, upon entry of this Order.

Dated: October __, 2019

_____
Hon. Charles B. Goodwin
UNITED STATES DISTRICT JUDGE