IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PATRICK ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-903-G |
| | ) | |
| SERGEANT JOHN DOE (BADGE #1129), JANE DOE, and OKLAHOMA CITY, a political subdivision of the State of Oklahoma, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL APPEARANCE FOR CITY OF OKLAHOMA CITY

To the Clerk of this Court and all parties of record:

As the City of Oklahoma City has not yet been served a summons in this lawsuit, please enter my special appearance as counsel in this case for the City of Oklahoma City for purposes of responding to Plaintiff's *Emergency Motion for Leave to Allow Plaintiff to Serve a Subpoena Prior to the Commencement of Discovery*. (Doc. No. 6.)

I certify that I am admitted to practice in this Court and registered in this Court's Electronic Case Filing System.

Date:  October 7, 2019.

Respectfully submitted,

/s/ Richard C. Smith
Richard C. Smith, OBA# 8397
Assistant Municipal Counselor
200 North Walker, Suite 400
Oklahoma City, Oklahoma 73102
(405) 297-2451 Fax: (405) 297-3851

rick.smith@okc.gov  
Attorney for the City of Oklahoma City

## CERTIFICATE OF MAILING

I hereby certify that on the 7th day of October, 2019, I electronically transmitted the attached Special Entry of Appearance to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Solomon M. Radner, Attorney for Plaintiff.

/s/ Richard C. Smith  
Assistant Municipal Counselor