IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PATRICK ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-903-G |
| | ) | |
| SERGEANT JOHN DOE (BADGE #1129), JANE DOE, and OKLAHOMA CITY, a political subdivision of the State of Oklahoma, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF OBJECTION

Notice is hereby given that the City of Oklahoma City, Defendant in the above-named case, has not been served with notice of this lawsuit or Plaintiff's October 4, 2019, *Emergency Motion for Leave to Allow Plaintiff to Serve a Subpoena Prior to the Commencement of Discovery* (Doc. No. 6), but has discovered it and will file and objection by close of business tomorrow. Counsel for the City is unable to file an objection today as they are in depositions.

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor


/s/ Richard C. Smith
Richard C. Smith, OBA #8397
Sherri R. Katz, OBA #14551
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, OK 73102

(405) 297-2451 Fax: (405) 297-3851
rick.smith@okc.gov
sherri.katz@okc.gov
Attorneys for Defendant City

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2019, I electronically transmitted the attached foregoing Notice of Objection to the Clerk of the Court using the ECF filing system and transmittal of a Notice of Electronic Filing to the following ECF registrant: Solomon M. Radner, Attorney for the Plaintiff

/s/ Richard C. Smith
Assistant Municipal Counselor