# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

PATRICK ROTH,

    *Plaintiff,*

v.

SERGEANT JOHN DOE (BADGE #1129), JANE DOE, and OKLAHOMA CITY, a political subdivision of the State of Oklahoma,

    *Defendants,*

_____/

Case No. 5:19-cv-00903-G

Hon. Charles B. Goodwin

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO SERVE A SUBPOENA PRIOR TO THE COMMENCEMENT OF DISCOVERY [DOC. # 6]

NOW COMES Plaintiff, PATRICK ROTH, by and through his counsel, Solomon M. Radner and Excolo Law, PLLC, and hereby notifies the Court and all parties that Plaintiff hereby withdraws his October 4, 2019 Emergency Motion for Leave to Serve a Subpoena Prior to the Commencement of Discovery [Doc. #6] in the above-captioned proceeding.

WHEREFORE, the Plaintiff respectfully withdraws hisEmergency Motion for Leave to Serve a Subpoena Prior to the Commencement of Discovery in this matter.

                                        Respectfully submitted,

                                        EXCOLO LAW, PLLC

                     By:   */s/ Solomon M. Radner*
                                        Solomon M. Radner (P73653)
                                        Attorney for Plaintiff
                                        26700 Lahser Road, Suite 401
                                        Southfield, MI  48033
                                        (866) 939-2656
Dated: October 7, 2019          sradner@excololaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2019, I served the foregoing document upon all parties in this matter, *via* electronic filing through the Court's CM/ECF electronic filing system.

                                          /s/ *Solomon M. Radner*
                                          *Counsel for Plaintiff*