UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OK
DATE: OCTOBER 15, 2019

| | |
|---|---|
| PATRICK ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-903-G |
| ) | |
| SERGEANT JOHN DOE ) | |
| (BADGE #1129) et al., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER:**

Based upon Plaintiff's filing (Doc. No. 9) requesting withdrawal, the Emergency Motion (Doc. No. 6) filed October 4, 2019, is hereby TERMINATED.

By direction of Judge Goodwin, we have entered the above enter order.

                                          CARMELITA REEDER SHINN, CLERK

                                          By: /s/ Jacob Buckle
                                                 Deputy Clerk