# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## STATUS AND SCHEDULING CONFERENCE DOCKET
## for
## WEDNESDAY, JANUARY 8, 2020

<u>NOTICE TO COUNSEL</u>:

The status and scheduling conference will be held in Judge Goodwin's chambers, Room 3108, William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced. The parties shall file their Joint Status Report and Discovery Plan by **Thursday, January 2, 2020.**

Lead trial counsel shall participate in the status conference. Failure of lead counsel to appear will prevent counsel from participating at trial.

Counsel whose offices are outside the Western District of Oklahoma and pro se parties who reside outside that District may attend the conference by telephone, provided that appropriate arrangements are made at least 24 hours in advance by contacting Judge Goodwin's Courtroom Deputy at (405) 609-5015.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

Please note that a valid photo identification is required to enter the Courthouse.

**10:00 a.m.**
CIV-19-0903-G           Patrick Roth                        Eric D. Cotton
                                                            Solomon M. Radner

                        v.

                        John Ricketts
                        -and-
                        Oklahoma City                       Richard C. Smith

**10:20 a.m.**
CIV-19-0623-G           Keanna R. Cockfield                 Keanna R. Cockfield

                        v.

                        Town of Valley Brook                Ambre C. Gooch

                        -and-

                        Chad Scroggins, *individually,*
                        *Town of Valley Brook Police*
                        *Officer*

**10:40 a.m.**
CIV-18-0707-G           Mae Pendleton                       Damario D. Solomon-
                                                            Simmons
                                                            M. David Riggs
                                                            Melvin C. Hall
                                                            John Spencer Bryan
                                                            Kymberli JM
                        v.                                  Heckenkemper


                        Oklahoma County Board of            Aaron C. Etherington
                        County Commissioners                Rodney J. Heggy
                                                            Randall J. Wood
                                                            Robert S. Lafferrandre
                                                            Timothy M. Bunson

**11:00 a.m.**
CIV-19-0654-G	Demetria Jordan	Victor R. Wandres
	 	Chris R. Miltenberger

	v.

	Grace Living Centers, et al.	Brock Z. Pittman
	 	J. Clay Christensen
	 	Lisa M. Molsbee

**11:20 a.m.**
CIV-19-0892-G	Dillard Group of Texas, Ltd.	William B. Federman
	 	David M. Mathews
	 	Michael A. Starzyk

	v.

	Mer Holding Company, Inc., et al.	Daniel C. Hays
	-and-
	Applied Industrial Technologies, Inc.	Ashley M. Schovanec
	 	Thomas G. Wolfe

**11:40 a.m.**
CIV-19-1042-G	U.S. Xpress, Inc.	Marcus A. Barahona
	 	Peter L. Wheeler

	v.

	Youzhi Wang, et al.	J. Derrick Teague
	 	Todd A. Murray