IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PATRICK ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-19-903-G |
| | ) | |
| (1) JOHN RICKETTS (BADGE #1126) and | ) | |
| (2) OKLAHOMA CITY, a political | ) | |
| subdivision of the State of Oklahoma, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-styled case for Defendant John Ricketts. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

<u>s/ Ambre C. Gooch</u>
Ambre C. Gooch, OBA No.16586
COLLINS, ZORN  & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail:  acg@czwlaw.com

ATTORNEY FOR DEFENDANT JOHN RICKETTTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Eric D. Cotton, email at: eric.cotton@thecottonlawfirm.com
THE COTTON LAW FIRM, PLLC
422 E. 2nd Street
Edmond, OK 73034

Solomon R. Radner, email at: sradner@excololaw.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
***Attorneys for Plaintiff***

Richard C. Smith, email at: rick.smith@okc.gov
Sherri R. Katz, email at: sherri.katz@okc.gov
The City of Oklahoma City
Municipal Counselor's Office
200 N. Walker Avenue, Suite 400
Oklahoma City, OK 73102
***Attorneys for Defendant Oklahoma City***

                                               s/ Ambre C. Gooch
                                               Ambre C. Gooch