# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PATRICK ROTH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-19-903-G |
| | ) |
| **JOHN RICKETTS (BADGE #1126)** | ) |
| et al., | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Now before the Court is a Joint Motion (Doc. No. 17) seeking a continuance of the parties' status and scheduling conference, currently set for January 8, 2020. For good cause shown, the Joint Motion is GRANTED. The parties' current conference setting is stricken and will be rescheduled on the Court's February 2020 docket.

IT IS SO ORDERED this 5th day of December 2019.

CHARLES B. GOODWIN
United States District Judge