**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**STATUS AND SCHEDULING CONFERENCE DOCKET
for
WEDNESDAY, FEBRUARY 5, 2020**

NOTICE TO COUNSEL:

The status and scheduling conference will be held in Judge Goodwin's chambers, Room 3108, William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced.  The parties shall file their Joint Status Report and Discovery Plan by **Wednesday, January 29, 2020.**

Lead trial counsel shall participate in the status conference.  Failure of lead counsel to appear will prevent counsel from participating at trial.

Counsel whose offices are outside the Western District of Oklahoma and pro se parties who reside outside that District may attend the conference by telephone, provided that appropriate arrangements are made at least 24 hours in advance by contacting Judge Goodwin's Courtroom Deputy at (405) 609-5015.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

Please note that a valid photo identification is required to enter the Courthouse.

**10:00 a.m.**
CIV-19-1079-G	Levi Edgar Kraft	Jay M Mitchel
	 	John L Branum

	v.

	Kenneth Barnhart	Brad L Roberson
	 	Lauren N Watson

**10:20 a.m.**
CIV-19-0925-G	Joe and Katie Ford	William R. Cathcart
	 	Virginia Cathcart Holleman

	v.

	Liberty Insurance	Margo E. Shipley
	Corporation, et al.	William W. O'Connor
	 	Kristen P. Evans

**10:40 a.m.**
CIV-19-1033-G	Teddy Miller and Eddie Miller	Robyn G. Price
	 	Ryan E. Price

	v.

	EOG Resources, Inc.	J. Todd Woolery
	 	Patrick L Stein
	 	Mackenzie L. Smith

**11:00 a.m.**
CIV-19-1037-G	Michelle Powell	Nathan D. Richter
	 	Renee D. Little

	v.

	Crescent Services LLC, et al.	Brandon D. Kemp
	 	Victor F. Albert

**11:20 a.m.**
CIV-19-0903-G           Patrick Roth                    Eric D. Cotton
                                                        Solomon M. Radner

                        v.

                        Oklahoma City                   Richard C. Smith
                        -and-
                        John Ricketts                   Ambre C. Gooch
                                                        Stacey Haws Felkner

**11:40 a.m.**
CIV-19-0652-G           Stephen C. Downing, et al.      James P. McCann
                                                        Roger M. Gassett
                                                        Stephan S. Mathis

                        v.

                        Richard Noel Fredette
                        -and-
                        IMS Securities, Inc.
                        -and-
                        Calton Associates               Martin S. Schexnayder
                                                        Marvin B. Smith
                                                        Thomas H. Hull, Jr.

**12:20 p.m.**
CIV-19-0834-G           Pro-Drive Outboards, LLC        Ryan M. Goudelocke
                                                        Thomas St. Paul Keaty
                                                        William Winfield Stagg

                        v.

                        Cruzani, Inc.                   Dick Dee Knadler
                        -and-
                        John R. Fitzpatrick

**12:40 p.m.**
CIV-19-0848-G           Rodney A. Phillips              C. Lincoln Combs
                                                        Mark Stephen O'Connor
                                                        Paul Lincoln Stoller
                                                        Robert W. Boatman
                                                        Shannon L. Clark
                                                        Andrea R. Rust

                        v.

                        C.R. Bard Inc., et al.          Richard B. North, Jr
                                                        Hiba Kazim
                                                        J. Craig Buchan
                                                        Micah J. Petersen
                                                        Stephanie R. Smiley

**1:00 p.m.**
CIV-19-0866-G           Sesily M. Morgan                Katherine R. Mazaheri

                        v.

                        Ulta Salon Cosmetics and        Kim A. Tran
                        Fragrance, Inc.                 Lauren C. Oldham

**1:20 p.m.**
CIV-19-0888-G           Great American Insurance        Matthew S. McLean
                        Group

                        v.

                        Bergey Windpower Company,       William R. Dill
                        LLC

**1:40 p.m.**
CIV-18-0830-G		United States of America		Erin R. Hines
						Gretchen E. Nygaard

			v.

			Harimau Oil and Gas		Jeffery D. Trevillion, Jr.
			Consulting, LLC

			-and-

			Access Oilfield Consulting,	Peter L. Scimeca
			LLP