AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-19-903-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Oklahoma City__
was received by me on *(date)* __12-2-19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __David Wright "Clerk"__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Oklahoma City__
_____ on *(date)* __12-4-19__ ; or __10:14 am__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __12-4-19__

_____
Server's signature

__Phil Gray II   Process Server__
Printed name and title

__1321 N.E. 10th St., OKC, OK 73117__
Server's address

Additional information regarding attempted service, etc: