IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-903-G |
| ) | |
| JOHN RICKETTS (BADGE #1126) ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE FOR DEFENDANT, CITY OF OKLAHOMA CITY**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, City of Oklahoma City.

I certify that I am admitted to practice in this Court and registered in this Court's Electronic Case Filing System.

Date:  December 26, 2019.

Respectfully submitted,

/s/ Katie Goff
Katie Goff, OBA #32402
Assistant Municipal Counselor
200 North Walker, Suite 400
Oklahoma City, OK 73102
(405) 297-2451 Fax: (405) 297-3851
katie.goff @okc.gov
Attorney for Defendant City of Oklahoma City

## **CERTIFICATE OF MAILING**

  I hereby certify that on the 26th day of December, 2019, I electronically transmitted the attached Entry of Appearance to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Solomon M. Radner and Eric D. Cotton, Attorneys for Plaintiff and Ambre Gooch and Stacey Haws Felkner, Attorneys for Defendant John Ricketts.

              /s/ Katie Goff
              Assistant Municipal Counselor