IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PATRICK ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-903-G |
| | ) | |
| JOHN RICKETTS (BADGE #1126) | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE FOR DEFENDANT, CITY OF OKLAHOMA CITY

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, City of Oklahoma City.

I certify that I am admitted to practice in this Court and registered in this Court's Electronic Case Filing System.

Date:  December 26, 2019.

Respectfully submitted,

/s/ Sherri R. Katz
Sherri R. Katz, OBA #14551
Assistant Municipal Counselor
200 North Walker, Suite 400
Oklahoma City, Oklahoma 73102
(405) 297-2451 Fax: (405) 297-3851
sherri.katz@okc.gov
Attorney for Defendant City of Oklahoma City

## **CERTIFICATE OF MAILING**

I hereby certify that on the 26th day of December, 2019, I electronically transmitted the attached Entry of Appearance to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Solomon M. Radner and Eric D. Cotton, Attorneys for Plaintiff and Ambre Gooch and Stacey Haws Felkner, Attorneys for Defendant John Ricketts.

                                                      /s/ Sherri R. Katz
                                                      Assistant Municipal Counselor