# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

PATRICK ROTH,

    *Plaintiff,*

v.

JOHN RICKETTS (BADGE #1126); and OKLAHOMA CITY, a political subdivision of the State of Oklahoma,

    *Defendants,*

_____/

Case No. civ-19-903-G

Hon. Charles B. Goodwin

## PLAINTIFF'S RESPONSE TO DEFENDANT OKLAHOMA CITY'S MOTION TO DISMISS

NOW COMES Plaintiff, Patrick Roth, by and through counsel, Solomon M. Radner and Excolo Law, PLLC, and responds to Defendant's Motion to Dismiss as follows:

1. Defendant City requests that claims against Defendant Ricketts in his official capacity be dismissed. Plaintiff agrees with the applicable law and does not oppose Defendant's request. Defendant Ricketts remains a Defendant in his individual capacity.

2. Defendant City requests any claims of punitive damages against the City be dismissed. Plaintiff agrees with the applicable law and does not oppose Defendant's request. Claims for punitive damages remain against Defendant Ricketts.

Plaintiff does not object to the propositions as outlined in Defendant's motion.

Respectfully Submitted,

EXCOLO LAW, PLLC

*/s/ Solomon M. Radner*
Solomon M. Radner (*pro hac vice*)
MI Bar No. P73653
Attorney for Plaintiff
26700 Lahser Road, Suite 401
Southfield, MI 48033
(866) 939-2656
sradner@excololaw.com

Dated: January 16, 2020

### CERTIFICATE OF SERVICE

I hereby affirm that on January 16, 2020, I caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was served on all counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Solomon M. Radner*