IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICK ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-19-903-G |
| ) | |
| (1) JOHN RICKETTS (BADGE #1126) and ) | JURY TRIAL DEMANDED |
| (2) OKLAHOMA CITY, a political ) | |
| subdivision of the State of Oklahoma, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SCHEDULING CONFLICT

The undersigned counsel advises the Court that she has another status/scheduling conference on February 5, 2020 which may conflict with the status/scheduling conference in this case. The status/scheduling conference in *Dawson v. City of Oklahoma City*, CIV-19-19-JD is at 11:15. The status/scheduling conference in *Roth v. Ricketts*, CIV-19-903-G is at 11:20.[1] Counsel contacted the courtroom deputy regarding the situation, and was requested to file this notice advising the Court she might be a few minutes late to the *Roth* status conference. The undersigned counsel also advises the Court that she has another status/scheduling conference on the docket at 2:00 p.m. in the case of *Cockfield v. Town of Valley Brook,* CIV-19-0623-G, if the Court would prefer to move the *Roth* conference to a later spot on the docket.

---

[1] Co-counsel Stacey Haws Felkner also has an entry of appearance in both of these cases, but will be in deposition on February 5, 2020 in the case of *Brewer v. City of Oklahoma City et al*, CIV-18-1017-RAW.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
Stacey Haws Felkner, OBA No.14737
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com
 shf@czwlaw.com
ATTORNEYS FOR DEFENDANT JOHN RICKETTTS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Eric D. Cotton, email at: eric.cotton@thecottonlawfirm.com
THE COTTON LAW FIRM, PLLC
422 E. 2nd Street
Edmond, OK 73034

Solomon R. Radner, email at: sradner@excololaw.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
*Attorneys for Plaintiff*

Sherri R. Katz, email at: sherri.katz@okc.gov
Katie Goff, email at: Katie.goff@okc.gov
Dustin Parris, email at: dustin.parris@okc.gov
The City of Oklahoma City
Municipal Counselor's Office
200 N. Walker Avenue, Suite 400
Oklahoma City, OK 73102
*Attorneys for Defendant Oklahoma City*

s/ Ambre C. Gooch
Ambre C. Gooch