**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

**STATUS AND SCHEDULING CONFERENCE DOCKET**
**reset to**
**FRIDAY, FEBRUARY 14, 2020**

---

NOTICE TO COUNSEL:

The status and scheduling conference will be held in Judge Goodwin's chambers, Room 3108, William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced.

Lead trial counsel shall participate in the status conference.  Failure of lead counsel to appear will prevent counsel from participating at trial.

Counsel whose offices are outside the Western District of Oklahoma and pro se parties who reside outside that District may attend the conference by telephone, provided that appropriate arrangements are made at least 24 hours in advance by contacting Judge Goodwin's Courtroom Deputy at (405) 609-5015.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

Please note that a valid photo identification is required to enter the Courthouse.

---

**10:00 a.m.**
CIV-19-1033-G        Teddy Miller and Eddie Miller     Robyn G. Price
                                                       Ryan E. Price

                     v.

                     EOG Resources, Inc.              J. Todd Woolery
                                                       Patrick L Stein
                                                       Mackenzie L. Smith

**10:20 a.m.**
CIV-19-0888-G        Great American Insurance          Matthew S. McLean
                     Group

                     v.

                     Bergey Windpower Company,         William R. Dill
                     LLC                               Benjamin H. Odom
                                                       Michael W. Ridgeway

**10:40 a.m.**
CIV-19-0903-G        Patrick Roth                      Eric D. Cotton
                                                       Solomon M. Radner
                     v.

                     Oklahoma City                     Richard C. Smith
                                                       Dustin W. Parris
                                                       Mary K. Goff
                                                       Sherri R. Katz
                     -and-

                     John Ricketts                     Ambre C. Gooch
                                                       Stacey Haws Felkner

**11:00 a.m.**
CIV-19-0623-G        Keanna R. Cockfield               Nkem Amadi House , Sr.

                     v.

                     Town of Valley Brook              Ambre C. Gooch

**<u>1:30 p.m.</u>**

CIV-18-0830-G    United States of America    Erin R. Hines
                                            Gretchen E. Nygaard
                 v.

                 Harimau Oil and Gas         Jeffery D. Trevillion, Jr.
                 Consulting, LLC             Richard H. Foster

                 -and-

                 Access Oilfield Consulting,  Peter L. Scimeca
                 LLP