# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK ROTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-19-903-G |
| JOHN RICKETTS (BADGE #1126) *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, City of Oklahoma City.

I certify that I am admitted to practice in this Court and registered in this Court's Electronic Case Filing System.

Respectfully submitted,

KENNETH D. JORDAN
Municipal Counselor

Date: February 14, 2020       By:   /s/Richard N. Mann
Richard N. Mann, OBA #11040
Assistant Municipal Counselor
200 N. Walker, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 297-2451
Fax: (405) 297-3119
richard.mann@okc.gov
Attorney for Defendant, City of Oklahoma City

## CERTIFICATE OF SERVICE

 I hereby certify that on the 14th day of February, 2020, I electronically transmitted the attached Entry of Appearance to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Solomon M. Radner and Eric D. Cotton, Attorneys for Plaintiff and Ambre Gooch and Stacey Haws Felkner, Attorneys for Defendant John Ricketts.

           /s/ Richard N. Mann
           Assistant Municipal Counselor