IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-19-903-G |
| ) | |
| JOHN RICKETTS (BADGE #1126) and ) | |
| OKLAHOMA CITY, a political ) | |
| subdivision of the State of Oklahoma, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RICKETTS'S NOTICE
OF SUBPOENA DUCES TECUM TO NON-PARTY**

Pursuant to Fed. R. Civ. P. 45 and LCvR 45.1, Defendant John Ricketts will issue the below listed subpoena on the date indicated on the subpoena, a copy of which is attached hereto. Once it is issued, it will not have personal identifiers redacted, but the attached copy does have them redacted. No testimony will be taken, and the entity to whom the subpoena is directed is being ordered only to produce the documents or things for inspections and/or copying:

| NAME AND ADDRESS | DATE/TIME/PLACE |
|---|---|
| St. Mary's Family Medical Clinic<br>Megan Daniels, PA-C<br>Attn: Medical Records<br>302 N Independence St. Suite 700<br>Enid, OK 73701<br>Fax# 580-234-3299 | March 26, 2020 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070

Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com

ATTORNEYS FOR DEFENDANT JOHN RICKETTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Eric D. Cotton, email at: eric.cotton@thecottonlawfirm.com
THE COTTON LAW FIRM, PLLC
422 E. 2nd Street
Edmond, OK 73034

Solomon R. Radner, email at: sradner@excololaw.com,
 kmoore@excololaw.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
*Attorneys for Plaintiff*

Richard N. Mann, email at: Richard.mann@okc.gov
Sherri R. Katz, email at: sherri.katz@okc.gov
Katie Goff, email at: Katie.goff@okc.gov
Dustin Parris, email at: dustin.parris@okc.gov
The City of Oklahoma City
Municipal Counselor's Office
200 N. Walker Avenue, Suite 400
Oklahoma City, OK 73102
*Attorneys for Defendant Oklahoma City*

s/ Ambre C. Gooch
Ambre C. Gooch