AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| PATRICK ROTH,<br>    *Plaintiff,*<br>v.<br>JOHN RICKETTS (badge #1126) and OKLAHOMA CITY, a political subdivision of the State of Oklahoma,<br>    *Defendants* | )<br>)<br>)  Civil Action No. CIV-19-903-G<br>)<br>)<br>)<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   St. Mary's Family Medical Clinic
      Megan Daniels, PA-C
      Attn: Medical Records
      302 N Independence St. Suite 700
      Enid, OK 73701

   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Any and all medical and/or mental health care records in your possession concerning, Patrick Roth, D.O.B. ▉▉▉ SSN XXX-XX▉▉▉▉ including admission records, emergency room records, doctor's notes, progress notes, nurses' notes, narrative reports, psychiatric/psychological records, all correspondence, copies of any materials sent to you by other physicians, hospitals or attorneys, and all laboratory data for the period of September 1, 2016 to present.

| Place: Collins, Zorn & Wagner<br>429 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105 | Date and Time:<br>March 26, 2020 at 5:00 p.m. |
|---|---|

   ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   March 12, 2020

| _CLERK OF COURT_ | OR | s/Ambre C. Gooch |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing Defendants, who issues or requests this subpoena, is:

   Ambre C. Gooch, OBA No. 16586, COLLINS, ZORN & WAGNER, P.C.
   429 NE 50TH Street, 2nd Floor, Oklahoma City, OK 73105
   (405) 524-2070, Fax: (405) 524-2078, acg@czwlaw.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).