IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PATRICK ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-19-903-G |
| | ) | |
| (1) JOHN RICKETTS (BADGE #1126) and | ) | |
| (2) OKLAHOMA CITY, a political subdivision of the State of Oklahoma, | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' FIRST AMENDED NOTICE TO TAKE DEPOSITION OF PLAINTIFF PATRICK ROTH

You are hereby notified that the Defendants in the above-styled case will take the deposition of Plaintiff Patrick Roth on May 21, 2020 at 9:00 a.m. at InstaScript offices, 101 Park Avenue, Suite 910, Oklahoma City, OK 73102. The deposition will be taken upon oral examination before a qualified court reporter and will continue from day to day until completed.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
Stacey Haws Felkner, OBA No.14737
COLLINS, ZORN  & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail:  acg@czwlaw.com
shf@czwlaw.com

ATTORNEYS FOR DEFENDANT JOHN RICKETTS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Eric D. Cotton, email at: eric.cotton@thecottonlawfirm.com
THE COTTON LAW FIRM, PLLC
422 E. 2nd Street
Edmond, OK 73034

Solomon R. Radner, email at: sradner@excololaw.com, kmoore@excololaw.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
*Attorneys for Plaintiff*

Richard N. Mann, email at: Richard.mann@okc.gov
Sherri R. Katz, email at: sherri.katz@okc.gov
Katie Goff, email at: Katie.goff@okc.gov
Dustin Parris, email at: dustin.parris@okc.gov
The City of Oklahoma City
Municipal Counselor's Office
200 N. Walker Avenue, Suite 400
Oklahoma City, OK 73102
*Attorneys for Defendant Oklahoma City*

s/ Ambre C. Gooch
Ambre C. Gooch